# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER HAMMOND

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:22-CR-00106-1BO(1)

RECEIVED MAY 26 2022 U.S. Marshals Service, EDNC

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**CHRISTOPHER HAMMOND** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 641: Theft/Possession of United States Property
Counts 2 and 3 - 18 U.S.C. § 1343: Wire Fraud
Count 4 - 18 U.S.C. § 1956(a)(1)(B)(i): Concealment Money Laundering
Count 5 - 18 U.S.C. §§ 641 and 2: Spending Money Laundering; and Aiding and Abetting

Peter A. Moore, Jr.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer by Deputy clerk

Clerk of Court
Title of Issuing Officer

MAY 25, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Raleigh, NC |

| DATE RECEIVED 05/26/2022 | NAME AND TITLE OF ARRESTING OFFICER (on behalf) DOD James Schallo | NAME AND TITLE OF ARRESTING N/A |
|---|---|---|
| DATE OF ARREST 6/6/22 | | |

**FILED**

JUN 0 6 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____mus____ DEP CLK